UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROGER DEAN CORDELL,

    Petitioner,

-vs-                                    Case Nos.  5:05-cv-258-Oc-10GRJ
                                                                  5:04-cr-15-Oc-10GRJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

The Report and Recommendation of the United States Magistrate Judge (Doc. 34) is APPROVED, CONFIRMED and ADOPTED. The Clerk is directed to enter judgment dismissing with prejudice the Defendant's motion (Doc. 1).

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida, this 21st day of September, 2006.

                                                                               UNITED STATES DISTRICT JUDGE

Copies to:    Roger Dean Cordell, pro se
                    Counsel of Record
                    Maurya McSheehy